IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA,<br><br>     *Plaintiff*,<br>v.<br><br>SHAKIRA WARE, *et al.*,<br><br>     *Defendant*. | Case No. 1:20-cv-421<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Magistrate Judge Michael Nachmanoff's Report and Recommendation ("R&R"). The R&R recommends granting the Government's motion for default judgment as to Defendant Brian Harling. Dkt. 15, at 5. The R&R was issued on October 8, 2020, and no timely objections were filed.

The R&R finds that Defendant Brian Harling, after being served properly with process, "ha[d] not answered or otherwise responded to the Complaint" for distribution of the foreclosure proceeds at issue in this interpleader action. *See id.* at 2. The R&R observes that by failing to appear at the subsequent default judgment hearing, Defendant Harling abandoned his claim to the disputed proceeds. *See id.* at 4 (citing Dkt. 12).

After reviewing the record and the R&R, and finding good cause to do so, the Court **APPROVES** and **ADOPTS** the R&R (Dkt. 15) in full. Accordingly, the Court hereby **ENTERS** Default Judgment against Defendant Brian Harling.

It is **SO ORDERED**.

October 27, 2020
Alexandria, Virginia

                   Liam O'Grady
                   United States District Judge